Priority ✗
Send
Enter
Closed ✓
JS-5/JS-6 YES
JS-2/JS-3
Scan Only

LODGED CLERK, U.S. DISTRICT COURT
MAY 24 2007
MM 2:15
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

FILED CLERK, U.S. DISTRICT COURT
MAY 25 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

DOCKETED ON CM
MAY 29 2007
BY                002

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLMIKE ENTERPRISE CO LTD., and MIKE CHEN, <br><br> Plaintiffs, <br><br> vs. <br><br> FOURSTAR GROUP, INC., a Corporation; FOUR STAR INTERNATIONAL TRADING CO., a Corporation; FOURSTAR GROUP USA, INC., a Corporation; JACK MURPHY, an individual; FERRIS MARKETING, INC., a Corporation; RONALD FERRIS, an individual; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE # **CV06-4896 MMM (CTx)** ✓ <br><br> [~~PROPOSED~~] <br><br> **STIPULATED CONSENT ORDER** |

The parties in the above captioned action, Wellmike Enterprise Co., Ltd., and Mike Chen (collectively "Plaintiffs") and Fourstar Group, Inc., Four Star International Trading Co., Fourstar Group USA, Inc., Jack Murphy, Ferris Marketing, Inc., and Ronald Ferris (collectively "Defendants"), hereby agree and stipulate, through their respective undersigned counsel of record, to the entry of a consent order.

ORIGINAL

**IT IS STIPULATED THAT:**

1. This is a civil action for patent infringement, which arises under the patent laws of the United States, 35 U.S.C. § 271 et seq.

2. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a) and personal jurisdiction over all the parties to this action.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b), (c) and § 1400(b).

4. Plaintiffs are the owners of U.S. Patent No. 6,711,006 issued by the United States Patent and Trademark Office ("the '006 Patent"), which is presumed to be valid by statute;

5. Plaintiffs have the exclusive rights within the United States to exclude others from making, using, selling, offering for sale, and/or importing any products covered by the '006 Patent;

6. Plaintiffs and Defendants have agreed to settle their dispute pursuant to a Confidential Settlement Agreement;

7. Defendants do not contest the validity of the '006 Patent and no longer contest that at least some of the products sold by them or their customers infringed the '006 Patent;

8. Defendants shall not sell any product(s) covered by any of the claims of the '006 Patent between the time of the Entry of this Consent Decree until the time of the final expiration of the '006 Patent;

9. The Parties agree that good cause exists to dismiss this case in its entirety and for this Honorable Court to Enter a Stipulated Consent Order in this case;

10. This Court shall retain jurisdiction to enforce this Stipulated Consent Order and the Confidential Settlement Agreement;

11. Based upon this Stipulated Consent Order and the Confidential

Settlement Agreement, this action is dismissed with prejudice.

12. Each side shall bear its own fees and costs, and no Party may file or prosecute an Appeal of this Stipulated Consent Order.

**IT IS SO ORDERED.**

Dated: _May 25_, 2007

_Margaret M. Morrow_
The Honorable Margaret M. Morrow
United States District Judge

**THE FOREGOING IS SO STIPULATED TO AND PRESENTED BY:**

Dated: May 23, 2007        **WANG HARTMANN & GIBBS, P.C**

By: _____
Erick P. Wolf

Attorneys for Plaintiffs
**WELLMIKE ENTERPRISE CO LTD., and MIKE CHEN**

Dated: May 22, 2007        **HANKIN PATENT LAW, APC**

By: _Marc E. Hankin_
Marc E. Hankin
Attorneys for All Named Defendants

|    |                                    |
|----|------------------------------------|
| 1  | **OF COUNSEL:**                    |
| 2  |                                    |
| 3  | Elliot A. Salter                   |
|    | **SALTER & MICHAELSON**            |
| 4  | 231 South Main Street              |
|    | Providence, Rhode Island 02903     |
| 5  |                                    |
| 6  | Chun-yih Cheng                     |
|    | Yi-Jiun Chen                       |
| 7  | **FORMOSA TRANSNATIONAL**          |
| 8  | 15F., Lotus Bldg., 136 Jen Ai Rd., |
|    | Sec. 3, Taipei 106, Taiwan, R.O.C. |
| 9  |                                    |
| 10 | Attorneys for Defendant,           |
|    | **FOURSTAR GROUP, INC.**           |

-4-
[PROPOSED] STIPULATED CONSENT ORDER

## PROOF OF SERVICE [CCP 1013A(3)]

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California, am over the age of eighteen (18), and not a party to the within action. My business address is: 1301 Dove Street, Suite 1050, Newport Beach, California 92660.

On May 23, 2007 I served the foregoing document, described as:

**[PROPOSED] STIPULATED CONSENT ORDER**

on the interested parties in this action

XXX  by placing the true copies thereof (or the original where required by law) enclosed in sealed envelopes addressed as follows:

> Marc E. Hankin
> Hankin Patent Law, APC
> 9034 Sunset Blvd., Suite 200
> West Hollywood, CA 90069

XXX  BY U.S. MAIL - I caused such envelope to be deposited in the United States Mail, First Class Postage Prepaid at Newport Beach, California on May 23, 2007

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day, in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing in the affidavit.

XXX  I declare that I am employed in the office of a member of the Bar of this Court, at whose discretion the service was made.

XXX  I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on May 23, 2007, at Newport Beach, California.

_Kelly Floyd_
Kelly Floyd